UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BAGG, DAVID CROTTY, KATHLEEN GEISSE, CRYSTAL DILLION, and LESLIE JOHNSON, Individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 12 CV 9756 |
| v. | ) ) ) | (Judge Harry D. Leinenweber) (Magistrate Judge Geraldine Soat Brown) |
| HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC., and CENGAGE LEARNING, INC., | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE**

Defendants HighBeam Research, Inc., The Gale Group, Inc., and Cengage Learning, Inc., by their attorneys, respectfully move this Court pursuant to Local Rule 83.17 for leave for Jeffrey H. Bergman to file his additional appearance as local counsel. In support of this motion, Defendants state as follows:

1. This lawsuit was originally filed in the District Court for the District of Massachusetts, Western Division, which is located in Springfield, Massachusetts.

2. The Defendants moved to dismiss the First Amended Complaint on the grounds that there was a valid and enforceable choice of venue clause in the agreement between the parties that required any suit to be brought either in this court or the Circuit Court of Cook County. On December 3, 2012, the Massachusetts court denied the motion to dismiss, but instead transferred this case to this court. The transfer took place on December 7.

3. Defendants wish to retain Jeffrey H. Bergman of Ungaretti & Harris LLP to serve as their local counsel in this court.

WHEREFORE, Defendants HighBeam Research, Inc., The Gale Group, Inc., and Cengage Learning, Inc., respectfully move this court for an order granting Jeffrey H. Bergman to file his additional Appearance for them in this matter.

        Respectfully submitted,

        HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC., and CENGAGE LEARNING, INC.

        By: s/ Jeffrey H. Bergman
            One of Their Attorneys

Dated: December 13, 2012

James F. Rittinger
Justin E. Klein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200

Patrick J. Markey
O'Shea Getz P.C.
1500 Main Street, Suite 912
Springfield, Massachusetts 01115
(413) 731-3100

Jeffrey H. Bergman
Ungaretti & Harris LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-4400

*Attorneys for Defendants*

4833-9172-1490.1

3

## Certificate of Service

I, Jeffrey H. Bergman, an attorney, state that I caused a copy of the foregoing *Defendants' Motion for Leave to File Additional Appearance* be served on all counsel of record by ECF filing on the 13th day of December, 2012.

/s/ Jeffrey H. Bergman