UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BAGG, DAVID CROTTY, KATHLEEN GEISSE, CRYSTAL DILLION, and LESLIE JOHNSON, Individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 12 CV 9756 |
| v. | ) ) | (Judge Harry D. Leinenweber) (Magistrate Judge Geraldine Soat Brown) |
| HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC., and CENGAGE LEARNING, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

Defendants HighBeam Research, Inc., The Gale Group, Inc., and Cengage Learning, Inc., by their attorneys, respectfully move this Court pursuant to Rule 6(b)(1)(A), Fed. R. Civ. P., for an order extending their time to file a responsive pleading to the First Amended Complaint by sixty days to February 15, 2013.  In support of this motion, Defendants state as follows:

1.  This lawsuit was originally filed in the District Court for the District of Massachusetts, Western Division, which is located in Springfield, Massachusetts.  Plaintiffs' counsel is located in Springfield.

2.  The Defendants moved to dismiss the First Amended Complaint on the grounds that there was a valid and enforceable choice of venue clause in the agreement between the parties that required any suit to be brought either in this court or the Circuit Court of Cook County.  On December 3, 2012, the Massachusetts court denied the motion to dismiss, but instead transferred this case to this court.  The transfer took place on December 7.

1

3. Pursuant to Rule 12(a)(4)(A), Fed. R. Civ. P., the Defendants' responsive pleading to the First Amended Complaint is due fourteen days after their motion to dismiss was denied, or on December 17, 2012.

4. Since the Massachusetts court's ruling, Defense counsel has sent an e-mail to Plaintiffs' counsel asking him if the Plaintiffs' intend to continue to pursue their claims in this court. Defense counsel has not received an answer.

5. Defendants seek an additional sixty days to answer or otherwise plead so that they can determine whether Plaintiffs intend to proceed with their claims in this court, and to draft a responsive pleading in the event that the Plaintiffs decide to continue here.

WHEREFORE, Defendants HighBeam Research, Inc., The Gale Group, Inc., and Cengage Learning, Inc., respectfully move this court for an order extending their time to file a responsive pleading to the First Amended Complaint until February 15, 2013.

        Respectfully submitted,

        HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC., and CENGAGE LEARNING, INC.

        By: s/ Jeffrey H. Bergman
           One of Their Attorneys

Dated: December 13, 2012

James F. Rittinger
Justin E. Klein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200

Patrick J. Markey
O'Shea Getz P.C.
1500 Main Street, Suite 912
Springfield, Massachusetts 01115
(413) 731-3100

Jeffrey H. Bergman
Ungaretti & Harris LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-4400

*Attorneys for Defendants*

4825-3385-4738.1

4

**<u>Certificate of Service</u>**

I, Jeffrey H. Bergman, an attorney, state that I caused a copy of the foregoing ***Defendants' Motion To Extend Time to File Responsive Pleading*** be served on all counsel of record by ECF filing on the 13th day of December, 2012.

/s/ Jeffrey H. Bergman