# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BAGG, DAVID CROTTY, KATHLEEN GEISSE, CRYSTAL DILLION, and LESLIE JOHNSON, Individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 12 CV 9756 |
| v. | ) ) | (Judge Harry D. Leinenweber) (Magistrate Judge Geraldine Soat Brown) |
| HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC., and CENGAGE LEARNING, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTIONS

To:   Jeffrey S. Morneau, Esquire
      CONNOR, MORNEAU & OLIN, LLP
      73 State Street, Suite 310
      Springfield, Massachusetts 01103

PLEASE TAKE NOTICE that on January 8, 2013, at 9:30 a.m., we shall present to the Honorable Harry D. Leinenweber, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before any other judge who may be sitting in his place or stead, and shall then and there present (1) **Defendants' Motion For Leave to File Additional Appearance,** and (2) **Defendants' Motion for an Extension of Time to File Responsive Pleading**, copies of which have been served upon you by the court's ECF system.

                                HIGHBEAM RESEARCH, INC., THE GALE
                                GROUP, INC., and CENGAGE LEARNING,
                                INC.


                                By: s/ Jeffrey H. Bergman
                                    One of Their Attorneys

Dated: December 13, 2012

4835-7738-4978.1

James F. Rittinger
Justin E. Klein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200

Patrick J. Markey
O'Shea Getz P.C.
1500 Main Street, Suite 912
Springfield, Massachusetts 01115
(413) 731-3100

Jeffrey H. Bergman
Ungaretti & Harris LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-4400

*Attorneys for Defendants*