## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Robert Bagg, et al.

                    Plaintiff,

v.

                                       Case No.: 1:12–cv–09756
                                       Honorable Harry D. Leinenweber

HighBeam Research, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 4, 2013:

      MINUTE entry before Honorable Harry D. Leinenweber: Defendants' Motion for leave to file additional appearance is reset for 1/15/2013 at 09:30 AM. Defendants Motion for extension of time is reset for 1/15/2013 at 9:30 a.m.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.