# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT BAGG, DAVID CROTTY, KATHLEEN GEISSE, CRYSTAL DILLON and LESLIE JOHNSTON Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC., and CENGAGE LEARNING, INC.,<br><br>Defendants. | C.A. No.: 12 CV 9756<br><br>(Judge Leinenweber) |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants HighBeam Research, Inc., Cengage Learning, Inc., and The Gale Group, Inc. (collectively, "Defendants" or "HighBeam"), by their undersigned counsel, respectfully submit this Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendants submit: 1) the Declaration of Justin E. Klein, Esq., executed February 22, 2013, and the exhibits annexed thereto, which is attached to this Motion as Exhibit A; 2) the Affidavit of Robyn Docherty, sworn to February 22, 2013, and the exhibits annexed thereto, which is attached to this Motion as Exhibit B; and 3) the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, dated February 22, 2013.

Wherefore, Defendants respectfully move this court to dismiss Plaintiffs' First Amended Complaint.

1

Dated: February 22, 2013

        Respectfully submitted,

        HIGHBEAM RESEARCH, INC.,
        CENGAGE LEARNING, INC., and THE
        GALE GROUP, INC.


        By:    s/ James F. Rittinger
                One of Their Attorneys

James F. Rittinger
Justin E. Klein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200

Jeffrey H. Bergman
Ungaretti & Harris LLP
Three First National Plaza
70 West Madison - Suite 3500
Chicago, IL 60602
(312) 977-4400

*Attorneys for Defendants*

4850-7518-8498.1

## Certificate of Service

Jeffrey H. Bergman, an attorney, states that he caused a copy of the foregoing *Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint* to be served on all counsel of record by ECF filing on the 22nd day of February, 2013.

/s/ Jeffrey H. Bergman

4850-7518-8498.1