UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT BAGG, DAVID CROTTY, KATHLEEN GEISSE, CRYSTAL DILLON and LESLIE JOHNSTON Individually and on Behalf of All Other Persons Similarly Situated,** | **C.A. No.: 12 CV 9756** |
| **Plaintiffs,** | **AFFIDAVIT OF ROBYN DOCHERTY** |
| v. | |
| **HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC., and CENGAGE LEARNING, INC.,** | |
| **Defendants.** | |

STATE OF ILLNOIS )
                   ) ss.:
COUNTY OF COOK )

ROBYN DOCHERTY, being duly sworn, deposes and says:

1.     I have worked for Defendants in this action since 2004. Currently, I am Vice President of Operations for the Web Research Products Group of Cengage Learning, Inc. ("Cengage"). Prior to this position, I was Director of Operations at Cengage. From May 10, 2004, I was employed by HighBeam Research, Inc. ("HighBeam") as its Financial Controller until HighBeam's merger with Gale Group, Inc., when I began working for Cengage. I am fully familiar with the facts described below, based upon personal knowledge, unless otherwise stated, and the files maintained by my employer.

2.     I make this affidavit in support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

3. With respect to the HighBeam research service (the "Service"), HighBeam has procedures in place with respect to customers who have annual subscriptions to the Service. The auto-renewal procedure includes providing notification, via e-mail, near the end of a customer's annual contractual term, that unless he or she cancels, the subscription will renew for another year. Specifically, the written notice is automatically generated and sent to the registered email address of the customer. It is provided between one and two months before the cancellation deadline, and discloses clearly and conspicuously (i) that the contract will automatically renew unless cancelled, and (ii) where a customer can obtain details of the automatic renewal provision and cancellation procedure.

4. The relevant portion of the notification states as follows:

Dear [Customer],

Thanks for using HighBeam Research. We're very happy that our site continues to be a critical research tool for you. The reason I'm writing is to remind you that your annual HighBeam Full Membership will automatically renew on [Date]. When this happens, you will be charged $ 199.95 (USD) and can continue to use HighBeam for the next 12 months. . . . Thanks again for researching with HighBeam. If you want to change or cancel your subscription plan or update your personal information (including any changes to credit card information), please visit our online Customer Support Center 24 hours/7 days a week. . . .

5. This notification procedure, as it relates to HighBeam customers, contains "event-triggered transactional messages." For renewals, an e-mail is sent to customers whose annual subscriptions will be auto-renewing in the following month. A copy of the procedure is annexed hereto as Exhibit A.

6. As a result of the notification procedure, any failure to send a renewal notice would be a result of error and thus contrary to the notification procedure.

7. In the event that a renewal notice is not sent due to error, HighBeam's general practice would be to issue a refund to the customer.

2

8.      Based on my review of HighBeam's records with respect to Plaintiffs in this lawsuit, Plaintiff Robert Bagg signed up for the Service twice, once in 2005 and again in 2010.

9.      Also according to HighBeam's records, Leslie Johnston subscribed on two different occasions using two different email addresses. Specifically, Ms. Johnston subscribed on November 3, 2009 with email address - lesjoh1953@yahoo.com. This subscription was cancelled during free trial period and billing charges did not occur. Ms. Johnston subscribed again on September 21, 2010 using a different email address - lesjoh1953@gmail.com. She then extended the free trial by an additional 30 days, failed to cancel it before the end of the trial, and was billed $199.95 on October 30, 2010.

10.     Ms. Johnston contacted HighBeam on June 1, 2011 claiming she was charged in May 2011 and was advised that no new charges had occurred. A copy of Ms. Johnston's billing record is annexed hereto as Exhibit B.

11.     Thus, based on my review of HighBeam's records, Ms. Johnston's subscription to HighBeam was never renewed, so HighBeam never charged her for a renewal term. This would explain Ms. Johnston's allegation that she never received a renewal notice.


FURTHER AFFIANT SAYETH NAUGHT.

_____
ROBYN DOCHERTY


Sworn to before me this
22ⁿᵈ day of February, 2013.

OFFICIAL SEAL
PENELOPE JANE PARKES
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES: 08/16/2016

3

1605789_3

_____
Notary Public

1605789_3

# EXHIBIT A

REDACTED

## Types of emails sent with examples:

HBR, HBB, and QTA all have event-triggered transactional messages.
<Please refer to addendum packet of email examples>

**HighBeam Research – ESP: Responsys, platform 6x, emails are automated daily via SMFTP**

Basics: when a person bails on the credit card submittal of registration, we send cart abandonment emails. We have built out a triggered series of 4 emails sent 2 days apart. In the fourth and last email, we extend a 25% off promo offer on purchasing HBR.

HBR Cancels: When a person cancels their membership after the 7-day trial is over, or has cancelled an established subscription. We have built an email series of 2 emails that are 15 days apart. We are testing one flow with 25% off, the other with no promo.

HBR Disables: When a person's credit card goes stale, etc. and their account is in suspend mode. CTA is to encourage people to login to their accounts and update their billing information. We built a triggered series of 3 emails spaced 8 days apart.

Renewals: Sent once a month to people whose annual subscriptions will be auto-renewing in the following month.

REDACTED

# EXHIBIT B



| Customer information |
| --- |
| les johnston |
| 906 W 2nd Ave Suite 200 |
| Spokane, WA 99201 |
| United States |

# Receipt

**Account activity between 10/30/2010 and 10/30/2010.**

| Date | Description | Price | Tax | Total |
| --- | --- | --- | --- | --- |
| 10/30/2010 | HighBeam Research subscription<br><br>Charged $199.95 to American Express card ending in 1002 | $199.95 | $0.00 | $199.95 |

| Paid to: |
| --- |
| **Cengage Learning** |
| Attn:  Billing Dept. |
| 1 North State Street |
| Suite 900 |
| Chicago, IL  60602 |
| United States of America |