# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT BAGG, DAVID CROTTY, KATHLEEN GEISSE, CRYSTAL DILLON and LESLIE JOHNSTON Individually and on Behalf of All Other Persons Similarly Situated,<br><br>              Plaintiffs,<br><br>v.<br><br>HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC., and CENGAGE LEARNING, INC.,<br>              Defendants. | Case No.: 12 CV 9756<br><br>(Judge Harry D. Leinenweber)<br>(Magistrate Judge Geraldine Soat Brown) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES

Defendants HighBeam Research, Inc., Cengage Learning, Inc., and The Gale Group, Inc. (collectively, "Defendants" or "HighBeam"),[1] by their undersigned counsel, pursuant to Local Rule 7.1 respectfully submit this motion for leave to file a Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint in excess of 15 pages. In support of this motion, Defendants state as follows:

      1.      This case has been brought as a class action by five Plaintiffs. The crux of their dispute with the Defendants is that they were charged for HighBeam's online research services after their seven-day free trial had ended.

      2.      Plaintiffs' First Amended Complaint contains four counts. Count I alleges a claim under the Massachusetts Consumer Protection Act, Count II alleges a claim under the Illinois Consumer Fraud and Deceptive Practices Act, Count III alleges a claim under the Illinois Automatic Contract Renewal Act, and Count IV alleges a common law unjust enrichment claim.

---

[1] HighBeam Research, Inc. was merged into The Gale Group, Inc. in 2009 and is no longer a separate legal entity. However, the HighBeam Research service (defined below) continues to operate.

3. Defendants have moved to dismiss the First Amended Complaint in its entirety pursuant to Rule 12(b)(6), and seek leave to file a Memorandum of Law in support of that motion that is 22 pages long. As good cause for the motion, Defendants respectfully submit that the Statement of Relevant Facts section contains a number of illustrations of "screen shots" from the HighBeam website that show the steps that the Plaintiffs were required to take online before they could sign up for the HighBeam service. Further, the Statement of Relevant Facts also sets forth the lengthy and detailed disclosures that the Defendants made online – and that Plaintiffs consented to by clicking "I agree" before they could sign up for the free trial. Moreover, the fact section contains a subsection discussing the relevant alleged facts concerning each of the purported plaintiffs and another subsection discussing the procedural history of this case prior to transfer to this Court. Accordingly, the fact section in the Memorandum of Law takes up approximately seven pages. Finally, Defendants need additional pages to address each of the four separate claims in the First Amended Complaint.

Wherefore, Defendants respectfully move this court for leave to file a Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint in excess of 15 pages.

Dated: February 22, 2013

Respectfully submitted,

HIGHBEAM RESEARCH, INC.,
CENGAGE LEARNING, INC., and
THE GALE GROUP, INC.

By: /s/ Jeffrey H. Bergman
     One of Their Attorneys

James F. Rittinger
Justin E. Klein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200
*Attorneys for Defendants*

Jeffrey H. Bergman
Ungaretti & Harris LLP
Three First National Plaza
70 West Madison - Suite 3500
Chicago, IL 60602
(312) 977-4400

4846-9252-3538.1

## Certificate of Service

Jeffrey H. Bergman, an attorney, states that he caused a copy of the foregoing ***Defendants' Motion For Leave to File Brief in Excess of 15 Pages*** to be served on all counsel of record by ECF filing on the 22nd day of February, 2013.

    /s/ Jeffrey H. Bergman