# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ROBERT BAGG, et al., ) | |
| Plaintiffs, ) | Case No. 12 CV 9756 |
| ) | |
| v. ) | (Judge Harry D. Leinenweber) |
| ) | (Magistrate Judge Geraldine Soat Brown) |
| HIGHBEAM RESEARCH, INC., et al., ) | |
| Defendants. ) | |

## NOTICE OF MOTIONS

TO:  Jeffrey S. Morneau, Esquire  
Connor, Morneau & Olin, LLP  
73 State Street, Suite 310  
Springfield, Massachusetts 01103  

Aron David Robinson  
Law Office of Aron D. Robinson  
180 W. Washington St, Suite 700  
Chicago, IL 60602  

PLEASE TAKE NOTICE that on February 26, 2013, at 9:30 a.m., we shall appear before the Honorable Harry D. Leinenweber, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before any other judge who may be sitting in his place or stead, and shall then and there present (1) **Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint,** and (2) **Defendants' Motion for Leave to File Brief in Excess of 15 Pages**, copies of which have been served upon you by the court's ECF system.

Dated: February 22, 2013

HIGHBEAM RESEARCH, INC.,
THE GALE GROUP, INC., and
CENGAGE LEARNING, INC.

By: /s/ Jeffrey H. Bergman
    One of Their Attorneys

James F. Rittinger and Justin E. Klein  
Satterlee Stephens Burke & Burke LLP  
230 Park Avenue  
New York, New York 10169  
(212) 818-9200  

Jeffrey H. Bergman  
Ungaretti & Harris LLP  
70 West Madison Street, Suite 3500  
Chicago, Illinois 60602  
(312) 977-4400  

4846-4206-0818.1