**ROBERT BAGG, DAVID CROTTY, KATHLEEN GEISSE,
CRYSTAL DILLON, and LESLIE JOHNSTON, Individually
and on Behalf of All Other Persons Similarly Situated,**

Plaintiffs,

No. 12 CV 9756
Judge Leinenweber

v.

**HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC.,
and CENGAGE LEARNING, INC.,**

Defendants.

## Unopposed Motion for Extension of Time

Plaintiffs, by and through counsel, hereby move this Court for an extension of time to file their Response to Defendants' Motion to Dismiss and further for an extension of the page limitation on their Response. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs are in the process of finalization of their Response to Defendant's motion to dismiss. Their Response is presently due on April 18, 2013.

2. Because of the nature of Defendants' Motion and their use of Affidavits their motion is in some respects more of a Rule 12(d) motion than a Rule 12(b)(6) motion.

3. Plaintiffs' counsel need to obtain Affidavits from their clients and present evidentiary materials to the court in response to Defendants' motion.

4. These processes require the need for a short extension in order to finalize the Response brief.

5. Plaintiffs request and Defendants do not oppose an extension of 5 calendar days, including the weekend, to complete and file the Response brief.

6. Defendants reply was originally due on April 25. Defendants have requested and Plaintiffs do not oppose an extension to and including May 14 to file their Reply.

7. The Court has tentatively set the matter for oral ruling on May 25, 2013 at 9:30 and the parties are amenable to a resetting of that date based upon this extension.

8. Finally, due to the nature of the Motion to Dismiss and the required, in some respects, evidentiary response, Plaintiffs request an extension of the page limit on their response. Defendants obtained an extension to 22 pages on their Motion. Plaintiffs seek to and including 28 pages. Defendants do oppose this request.

Wherefore, Plaintiffs request an extension of time to and including April 23, 2013 to file their Response to the motion to dismiss of up to 28 pages and that Defendants' reply be due on or before May 14, 2013 and for any other relief the Court deems appropriate.

        Respectfully submitted,

        By: /s/ Aron Robinson
        One of Plaintiff's Attorneys

Aron D. Robinson
Law Office of Aron D. Robinson
180 W. Washington St, Suite 700
Chicago, IL 60602
(312) 857-9050

Jeffrey S. Morneau, Esquire (BBO# 643668)
CONNOR, MORNEAU & OLIN, LLP
73 State Street, Suite 310
Springfield, Massachusetts 01103
Tel: (413) 455-1730
Fax: (413) 455-1594