**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

**ROBERT BAGG, DAVID CROTTY, KATHLEEN GEISSE,
CRYSTAL DILLON, and LESLIE JOHNSTON, Individually
and on Behalf of All Other Persons Similarly Situated,**

Plaintiffs,

No. 12 CV 9756

v.

**HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC.,
and CENGAGE LEARNING, INC.,**

Defendants.

<u>**NOTICE OF MOTION**</u>

Please take notice that on Tuesday, April 23, 2013, at 9:30 a.m., we shall appear

before the Honorable Judge Harry D. Leinenweber, Room 1941, United States District

Court, 219 South Dearborn Street, Chicago, IL 60004, and shall then and there present

Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions.

DATED: April 18, 2013

   \_\_\_/s/ Aron Robinson_____
One of Plaintiffs' Attorneys
Aron D. Robinson
Law Office of Aron D. Robinson
180 W. Washington Street, Suite 700
Chicago, IL 60602
Telephone: (312) 857-9050

**<u>Certificate of Service By Electronic Means</u>**

I, Aron Robinson, one of the attorneys for Plaintiffs, hereby certify that the proceeding document was caused to be served electronically this 21st day of January, 2013, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

<u>/s/ Aron Robinson__</u>