# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Robert Bagg, et al.

                                Plaintiff,

v.                                                 Case No.: 1:12–cv–09756
                                                              Honorable Harry D. Leinenweber

HighBeam Research, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2013:

      MINUTE entry before Honorable Harry D. Leinenweber: Plaintiffs motion for an extension of time to 4/23/2013 to file their response to the motion to dismiss of up to 28 pages is granted. Defendants' reply brief now due by 5/14/2013. The Court 9;s oral ruling date is reset to 6/18/2013 at 09:00 AM. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.