EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT BAGG, DAVID CROTTY KATHLEEN GEISSE, CRYSTAL DILLON and LESLIE JOHNSTON Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC. and CENGAGE LEARNING, INC.,<br><br>Defendants | C.A. No: 1: 12- CV-09756<br><br><br><br><br><br><br><br>AFFIDAVIT OF LESLIE JOHNSTON |

I, LESLIE JOHNSTON, hereby declare:

1. I am a named Plaintiff in the above-referenced class action case.

2. I make this affidavit in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

3. In or about May 2010, I signed up for a "free trial" of highbeam.com.

4. When I signed up for the "free trial," I did not see any disclosures that I would be automatically enrolled into and charged for a yearly, non-refundable

auto-renewing membership nor did I see any disclosures of a cancellation policy, cancellation procedure, or refund policy.

5. Without my authorization, knowledge or consent, on May 31, 2010, Defendant HighBeam Research ("HighBeam") charged my American Express credit card (ending in 11002) $199.95 for a yearly membership.

6. In December of 2010, I noticed the May 31, 2010, $199.95 unauthorized charge from HighBeam.

7. On December 18, 2010, I called HighBeam to complain about the unauthorized charge, cancel the unwanted, unordered membership, and requested a full refund. HighBeam cancelled my membership but refused to issue me any refund.

8. In December 2010, HighBeam e-mailed me confirmation of my membership cancellation.

9. Shortly thereafter, I contacted American Express to dispute Defendants' May 31, 2010 unauthorized charge on my account ending in #11002.

10. I received a letter from American Express ("AMEX") dated January 10, 2011 which reported, "in response to (my) claim", HighBeam stated that they had "cancelled the account and future billings have been discontinued." (See AMEX letter to Leslie Johnston, account ending in 11002, dated January 10, 2011, Exhibit A attached hereto).

11. Without my knowledge, authorization or consent, on May 31, 2011, HighBeam again charged my AMEX card (ending in 11002) $199.95 and "automatically renewed" the membership for another year, also without my knowledge, authorization or consent. (Johnston's AMEX billing statement, redacted, attached hereto as Exhibit B).

12. In early June, 2011, I discovered HighBeam's unauthorized May 31, 2011 charge to my AMEX card ending in #11002.

13. HighBeam's membership period for this charge was May 31, 2011 thru May 30, 2012.

14. In early June, 2011, I called HighBeam to complain about the unauthorized charge to my AMEX account ending in #11002 and requested a full refund but HighBeam refused to issue me any refund.

15. In early June, I called American Express to contest HighBeam's unauthorized $199.95 auto-renewal charge and lodged a formal complaint with AMEX against HighBeam, for the unauthorized $199.95 May 31, 2011 auto-renewal charge.

16. I received a letter from AMEX dated June 23, 2011 which informed me that HighBeam refused to credit my account since "the charge is automatic annual renewal billings... and must be cancelled before the renewal date to avoid continued billing" and HighBeam denied having received cancellation prior to

renewal. (See AMEX letter to Leslie Johnston, account ending in 11002, dated June 23, 2011, Exhibit C attached hereto).

17. I had cancelled the HighBeam yearly membership in December 2010 as set forth above and documented in Exhibit A.

18. AMEX's June 23, 2011 letter also stated that HighBeam refused to issue me a credit and claimed that their "renewal notices are mailed to all annual customers 30-60 days prior to their renewal date" and HighBeam included a copy of their alleged notice addressed to "Dear Subscriber." (See HighBeam letter with AMEX stamp, attached as Exhibit D).

19. 30-60 days prior to charging my AMEX card ending in #11002 on May 31, 2011 and automatically renewing the yearly membership, HighBeam sent me no advance notice of the impending charge, automatic renewal, refund policy, cancellation policy, or cancellation procedure, and HighBeam refused to issue me any refund.

_____
LESLIE JOHNSTON

SWORN TO BEFORE ME THIS 18 DAY OF APRIL, 2013

_____
Notary Public

[Seal: CARRIE L. CAMPBELL, Commission Expires 03-01-2017, NOTARY PUBLIC, STATE OF WASHINGTON]

# EXHIBIT A

**American Express**
PO Box 981532
El Paso, TX 79998

www.americanexpress.com

January 10, 2011

Leslie Johnston


Account Ending In:   11002

Dear LESLIE JOHNSTON:

Thank you for again contacting us about the charge(s) that appeared on your American Express® Card statement from HIGHBEAM  RESEARCH, LLC.

In response to your claim, the merchant states that customer participated in seven days free trial offer, and then extended to 30 day free trial offer. They state that customer needs to cancel the service during trial to avoid billing charges. They state that they do not have any record of customer cancelling the service, however they have now cancelled the account and future billings have been discontinued.

We wanted to let you know that HIGHBEAM  RESEARCH,  LLC has provided support for this billing inquiry which we have enclosed for your convenience. Based on the support we will not issue credit to your account for $199.95. The amount under review of $199.95 has been reapplied to your account and will appear on your upcoming statement.  Any interest charges and any American Express fees associated with this charge have also been adjusted.

Please be assured that we have made every effort to resolve the matter fairly. Thank you for the opportunity to assist you in this matter.

Sincerely,

Douglas DiPaola
Vice President, Dispute Resolution
American Express Company

Dispute Reference Number:   VB54935



The issuer of this card is American Express Bank, FSB.

3A01-277       IND            201V        CMS       PX7995A    VB54935    TRMUNCS30010007       N

| Account Summary | Statements & Activity | Payments | Customer Services | Business Apps | Rewards & Benefits | Additional Cards |

View Billing Statements      View Tutorial   Download   Print   Need Help

CARD ACTIVITY for **LESLIE JOHNSTON**    TIME PERIOD      NARROW RESULTS

TrueEarnings Business Card    (s)Current Statement      Search Transactions   Other Filters

May 21, 2011 to Jun 20, 2011

| 05/31/2011 Tue | HB *HIGHBEAM 800-860-9227 IL | LESLIE JOHNSTON | 199.95 |

ONLINE RSRCH

Doing Business As: HIGHBEAM RESEARCH, LLC
Merchant Address: 1265 DRUMMERS LN STE 120
WAYNE
PA
19087-1570
UNITED STATES
Reference Number: 320111510050483650
Dispute/Inquire about this charge
Category: Merchandise & Supplies - Mail Order

EXHIBIT B



**View Billing Statements**
**CARD ACTIVITY** for **LESLIE JOHNSTON**　　**TIME PERIOD**
TrueEarnings Business Card　　(　　)Current Statement

View Tutorial　Download　Print　Need Help
**NARROW RESULTS**　　Other Filters
Search Transactions

May 21, 2011 to Jun 20, 2011

| Date | Merchant | Cardmember | Amount |
|---|---|---|---|
| 05/31/2011 Tue | HB *HIGHBEAM 800-860-9227 IL | LESLIE JOHNSTON | 199.95 |

ONLINE RSRCH
Doing Business As: HIGHBEAM RESEARCH, LLC
Merchant Address: 1265 DRUMMERS LN STE 120
WAYNE
PA
19087-1570
UNITED STATES
Reference Number: 320111510050483650
Dispute/Inquire about this charge
Category: Merchandise & Supplies - Mail Order

# EXHIBIT C

PO Box 981532

www.americanexpress.com

June 23, 2011

Leslie Johnston

Account Ending In:   11002

Dear Leslie Johnston:

Thank you for contacting us about the charge(s) on your account ending in 11002 from Highbeam Research Llc.

You may now choose to receive your future Account Communications from us by e-mail. To set up this convenient option now, please visit the American Express Communications Center at www.americanexpress.com/selectemail and go to the Paperless Settings tab.

Please know that while we investigated the matter with your claim of not authorized the auto-renewal, we temporarily removed the amount under review of $199.95 from your account.

During our investigation, we contacted the merchant on your behalf and asked them to either provide an explanation or issue a credit for you.

We have been informed by the merchant that the charge is automatic annual renewal billings of their online Library Service and it must be cancelled before the renewal date to avoid continued billing as per their terms and conditions. They also informed that renewal notices are emailed to al annual customer 30--60 days prior to their renewal date. They further informed that they have not received the cancellation request prior to renewal charge and they have discontinued all future billings.

They have provided the copies of terms and conditions, subscription billing receipt and mail, which we have included with this communication for your reference.

The terms and conditions provided by the merchant indicate that the monthly and yearly subscriptions to the service are on a continuous renewal basis. This means that the subscription will be automatically renew every month on your monthly enrollment anniversary or the last day of the month unless they are contacted for cancellation. The subscription must be cancelled prior to your subscription renewal date to avoid continued charges.

The subscription billing receipt indicates that the authorization has been provided to bill your American Express credit card account.

Since the subscription was on auto-renewal mode and it was not cancelled prior to its renewal date. Please provide us with a copy of proof of cancellation prior to subscription billings cancelled by the merchant if you still question the charge. Upon the receipt of the information, we will gladly assist you.

In the meantime, the amount under review has been reapplied to your account and will appear on your upcoming statement. Any interest charges and any American Express fees associated with the charge(s) have also been adjusted.

Thank you for your Card membership.

Please be assured that we have made every effort to resolve this matter fairly. Thank you for the opportunity to assist you in this matter.

Sincerely,

*Douglas DiPaola*

Douglas DiPaola
Vice President, Dispute Resolution
American Express Company

Dispute Reference Number: LK45185

# EXHIBIT D



Dear Subscriber:

This is a reminder that your annual HighBeam (TM) Research Full Membership will automatically renew within the next 60 days.

We would like to inform you that when your account renews, you will be charged $299.95. We are always adding new tools and content to make HighBeam Research the best place to research for any topic.

Here are some recent improvements that we have made to your HighBeam Research experience:

- We've added millions of articles from top publications like The Washington Post and the Boston Globe. We've added 10 million new articles in the last year alone. In the last 5 years, our archive has more than tripled in size.

- New this year: You can now access over 1 million articles from the New York Times, directly from HighBeam.com.

- We now offer unprecedented access to more than 100 Oxford University Press titles (such as A Dictionary of Finance and Banking, An A-Z of Food and Drink and The Concise Oxford Dictionary of Art and Artists). More than 500,000 entries from Oxford reference works are being added, covering science, technology, literature, finance, history and the arts, among other subjects.

Finding answers to all your research questions is easy on HighBeam Research. Free search engines are great tools, but they can't provide the vast amount of credible information that HighBeam gives you with access to more than 4,000 magazines, newspapers, journals and radio and TV transcripts - that's 50 million articles not available for free on the Web. You don't need to search among billions of Web pages when HighBeam can get you answers quickly, conveniently and reliably.

Thank you for being a HighBeam customer. Should you want to change or cancel your subscription plan or update your personal information (including any changes to credit card information), please visit our online Customer Support Center 24 hours/7 days a week.


This is an administrative message. From time to time, HighBeam Research will send you messages to bring you helpful information about your subscription. Click below to view the complete HighBeam Research