# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ROBERT BAGG, DAVID CROTTY
KATHLEEN GEISSE, CRYSTAL DILLON and
LESLIE JOHNSTON Individually and on
Behalf of All Other Persons Similarly Situated,

C.A. No: 1: 12- CV-09756

Plaintiffs,

v.

HIGHBEAM RESEARCH, INC., THE
GALE GROUP, INC. and CENGAGE
LEARNING, INC.,

AFFIDAVIT OF
CRYSTAL DILLON

Defendants

I, CRYSTAL DILLON, hereby declare:

1. I am a named Plaintiff in the above-referenced class action case.

2. I make this affidavit in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

3. On or about October 26, 2010, I signed up for a "free trial" of highbeam.com and cancelled the free trial that same day.

4. When I signed up for the "free trial" I did not see any disclosures that I would be automatically enrolled into and charged for a yearly, non-refundable, auto-renewing membership nor did I see any disclosures of a cancellation policy or refund policy.

5. Without my authorization, knowledge or consent, in November 2010, Defendant HighBeam Research ("HighBeam") charged my credit card $199.95.

6. In November of 2010, I called HighBeam to complain about the unauthorized membership charge and requested a refund, which HighBeam refused.

7. On or about January 31, 2011, I filed a complaint against HighBeam with the Better Business Bureau ("BBB").

8. 30-60 days prior to charging my account in October 2010, HighBeam sent me no advance notice of any impending charge, automatic renewal, or cancellation policy.

_____
CRYSTAL DILLON

SWORN TO BEFORE ME THIS 18th DAY OF APRIL, 2013

_____
Notary Public

