**<u>Certificate of Service By Electronic Means</u>**

  I, Aron Robinson, one of the attorneys for Plaintiffs, hereby certify that the proceeding documents, Plaintiffs' Responses and Exhibits in Opposition to Defendants' Motion to Dismiss, were caused to be served electronically this 23rd day of April, 2013, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

  /s/ Aron Robinson