Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9756 | **DATE** | 7/10/2013 |
| **CASE TITLE** | Robert Bagg, *et al.* vs. Highbeam Research, Inc., *et al.* | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Defendants' Motion to Dismiss is granted in part and denied in part. Plaintiff Kathleen Geisse's claims are dismissed voluntarily. Count I of Plaintiffs' Amended Complaint is dismissed without prejudice. Count II of Plaintiffs' Amended Complaint is dismissed. Defendants' Motion to dismiss Count III of Plaintiffs' Amended Complaint is denied. Count IV of Plaintiffs' Amended Complaint is dismissed. Status hearing set for 7/23/2013 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | WAP |